**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| JACK W. UHRIG, | ) | |
| | ) | Case No.: 1: 11-CV-07829 |
|        Plaintiff, | ) | |
| | ) | Judge: John Z. Lee |
| v. | ) | |
| | ) | Magistrate Judge: Young B. Kim |
| A.W. CHESTERTON COMPANY | ) | |
| | ) | |
|        Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed between the attorneys for the undersigned parties herein that this action be dismissed with prejudice, without costs, both parties waiving all rights of appeal.

JACK W. UHRIG,
by his attorneys,

 /s/ Robert M. Foote         
Robert M. Foote, Esq. (#03214325)
Matthew Herman, Esq. (#06237297)
Michael Wong, Esq. (#06291089)
Sean M. Hendricks, Esq. (#06300007)
Foote Meyers Mielke & Flowers, LLC
3 North Second Street, Suite 300
St. Charles, IL 60174
Tel. No.: (630) 232-6333

A.W. CHESTERTON COMPANY,
by its attorneys,

/s/ Jennifer B. Furey            
Harry L. Manion, Esq. (admitted *pro hac vice*)
Jennifer B. Furey, Esq. (admitted *pro hac vice*)
Sheena A. Burke, Esq. (admitted *pro hac vice*)
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
Tel. No.: (617) 737-3100
Fax No.: (617) 670-8728

Kathleen C. Chavez, Esq. (#6255735)  
Chavez Law Firm, P.C.  
3 North Second Street, Suite 300  
St. Charles, IL 60174  

Peter L. Currie, Esq. (#06281711)  
The Law Firm of Peter L. Currie, P.C.  
36W016 River Grange Road  
St. Charles, IL 60175  
Tel. No.: (630) 862-1130  

Daniel M. Noland, Esq. (#6231175)  
DYKEMA GOSSETT PLLC  
10 S. Wacker Drive, Suite 2300  
Chicago, IL 60606  

Dated:  January 10, 2013  
#919021

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 10, 2013, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent electronic notification of this filing to the attorneys of record for all parties in this matter.

/s/ Jennifer B. Furey